UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARTIN SCHOENHALS,

                Plaintiff,

-v-

DOWLING COLLEGE CHAPTER, NEW YORK STATE UNITED TEACHERS, LOCAL 3890; NEW YORK STATE UNITED TEACHERS, AFT, AFL-CIO; and DOWLING COLLEGE,

                Defendants.

---

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 14 2016 ★

LONG ISLAND OFFICE

**STIPULATION OF DISCONTINUANCE**

**Case No. 15-CV-2044 (ADS)(ARL)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned as attorneys of record for Defendants New York State United Teachers ("NYSUT") and Dowling College Chapter, New York State United Teachers, Local #3890 (the "Union") and the attorney of record for the Plaintiff Martin Schoenhals ("Schoenhals"), in the above-entitled action that, the above-referenced proceeding is hereby discontinued as to Defendants NYSUT and the Union, with prejudice, and without costs to the below-signed as against each other or their respective clients. This stipulation may be filed without further notice with the Clerk of the Court.

Law Office of Richard E. Casagrande
Attorneys for Defendants
New York State United
Teachers and Dowling College Chapter,
New York State United Teachers,
Local #3890
52 Broadway, 9th Floor
New York, New York 10004
(212) 533-6300
By: _____ 8/12/16
Mitchell Rubinstein      Dated

Advocates for Justice Chartered Attorneys
Attorneys for Plaintiff
Martin Schoenhals
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400

By: _____ 8/15/2016
Laine Armstrong      Dated

11

NYClegal: 182989

ORDER: The above stipulation discontinuing this action as against the Defendant Dowling College Chapter, NYS United Teachers, Local #3890 (the "Union") and the Defendant NYS United Teachers AFT, AFL-CIO ("NYSUT") is So Ordered. The Clerk of the Court is respectfully directed to terminate the Union and NYSUT as parties in this action and to amend the official caption as follows:

```
-----------------------------------------x
Martin Schoenhals, Plaintiff,
-against-
Dowling College, Defendant.
-----------------------------------------x
```

In light of this stipulation, the Court is advancing the deadline for the Plaintiff to reinstate his previously-filed motion to amend, DE [27], to 9/20/2016. The modified discovery schedule entered by Judge Lindsay on 7/19/2016 shall remain in effect as to the remaining parties until further Order of the Court.

Dated: Central Islip, NY
September 14, 2016          /s/ Arthur D. Spatt
                            Arthur D. Spatt, U.S.D.J.