# advocates for justice
### chartered attorneys

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

January 26, 2018

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 29 2018 ★

LONG ISLAND OFFICE

<u>Via ECF</u>

Honorable Arthur D. Spatt
United States District Judge
P.O. Box 9014
Central Islip, New York 11722-9014

Re: Schoenhals v. Dowling College Chapter, N.Y. State United Teachers, Local #3890, *et al.*
15 Civ. 2044 (ADS)(ARL)
<u>Motion to Reopen Case</u>

Dear Judge Spatt:

The Bankruptcy Court has lifted the stay on this matter. The Order is annexed. We request that it be restored to the active docket.

The Bankruptcy Court lifted the stay because Dowling College has insurance coverage. It does not appear that counsel of record was retained by the insurance company, Chubb. We suggest that a conference be scheduled—perhaps by telephone—and that Dowling be directed to have appropriate counsel present.

Respectfully submitted,

/s/

Arthur Z. Schwartz

SO ORDERED: The Clerk of the Court is respectfully directed to lift the stay in this case. Further, the Plaintiff's request for a status conference is granted. An in-person conference has been scheduled before the undersigned for 02/02/2018 at 9:00 a.m. in Courtroom 1020 of the Central Islip courthouse. Counsel for all parties shall appear authorized and prepared to discuss settlement at that time. Any requests to adjourn the conference date shall be made in writing on ECF and include at least three proposed alternative dates on which all sides are available.

s/ Arthur D. Spatt
Arthur D. Spatt, U.S.D.J.

Date 1/29/18