## CIVIL CAUSE FOR CONFERENCE

BEFORE JUDGE: SPATT    DATE: 2/2/18   TIME: 9:25 (8 mins)
DOCKET NUMBER: CV-15-2044

TITLE: MARTIN SCHOENHALS v. DOWLING COLLEGE

APPEARANCES: FOR PLAINTIFF: Arthur Z. Schwartz, Esq.

~~Rachel J. Minter, Esq.~~

FOR DEFENDANT: ~~Christopher J. Clayton, Esq.~~

David F. Kwee, Esq.
C/R Fred Guerino

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 02 2018 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ CONFERENCE HELD

___ CASE MARKED READY FOR TRIAL

✓ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

✓ OTHER  Re: Letter from Plaintiff's counsel dtd 1/29/18
Rulings on the record